UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

|  |  |  |
|---|---|---|
| Vernon Samuel Brown, #303575, | ) | C/A No.: 9:09-cv-00068-GRA |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **ORDER** |
| v. | ) | (Written Opinion) |
|  | ) |  |
| Timothy Harrison and | ) |  |
| Joseph Williams, Corrections Officer, | ) |  |
|  | ) |  |
| Defendants. | ) |  |
| _____ | ) |  |

This matter comes before the Court for review of Magistrate Judge Bristow Marchant's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(d), D.S.C., and filed on February 22, 2010. Plaintiff filed this action on January 13, 2009, pursuant to 42 U.S.C. § 1983. Under established local procedure in this judicial district, Magistrate Judge Marchant made a careful review of the *pro se* complaint pursuant to the procedural provisions of 28 U.S.C. § 1915, 28 U.S.C. § 1915A, and the Prison Litigation Reform Act. Magistrate Judge Marchant  recommends that this Court grant Defendants' Motion for Summary Judgment and dismiss Plaintiff's case. This Court adopts the magistrate's recommendation in its entirety.

Plaintiff brings this claim *pro se*.  This Court is required to construe *pro se* pleadings liberally.  Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978).  This

Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id*. In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Plaintiff has filed no objections.

After a review of the record, this Court finds that the magistrate's Report and Recommendation accurately summarizes this case and the applicable law. Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment is granted.

IT IS FURTHER ORDERED that all outstanding motions are moot.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

March 30 , 2010
Anderson, South Carolina

## <u>NOTICE OF RIGHT TO APPEAL</u>

Plaintiff has the right to appeal this Order within thirty (30) days from the date of the entry of this Order, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.  Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.